# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

        **Debtor:** RAIHAN HUSSAIN CHOUDHURY & SYEDA S. HAQ
        **Case Number:** 2:09-bk-14225-SSC     **Chapter:** 7
        **Date / Time / Room:** TUESDAY, SEPTEMBER 15, 2009 01:30 PM   7TH FLOOR #701
        **Bankruptcy Judge:** SARAH SHARER CURLEY
        **Courtroom Clerk:** WANDA GARBERICK
        **Reporter / ECR:** ANDAMO PURVIS

## Matter:

    PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PHH MORTGAGE CORP.
    **R / M #:** 10 / 0

    **VACATED: DENIED WITHOUT PREJUDICE**

## Appearances:

    NONE

## Proceedings:

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on July 13, 2009, by PHH MORTGAGE CORPORATION ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

    x   The Movant is not the holder of the underlying Note. See Local Rule 4001-1(e).
    x   The Motion asserts that the Movant is an assignee of the beneficial interest in the Deed of Trust, but no assignment was provided.

    Based upon the foregoing,

    IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on September 15, 2009 at 1:30 p.m..

    IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.