IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: November 13, 2009

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-16763/0040365629

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Raihan Hussain Choudhury and Syeda S. Haq<br>　　　　Debtors.<br>———————————————————<br>PHH Mortgage Corporation<br>　　　　Movant,<br>　vs.<br>Raihan Hussain Choudhury and Syeda S. Haq, Debtors; Robert A. Mackenzie, Trustee.<br>　　　　Respondents. | No. 2:09-bk-14225-SSC<br><br>Chapter 7<br><br>O R D E R<br><br>(Relating to docket #22 ) |

　　　IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

　　　SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT